Document      Page 1 of 5

# UNITED STATES BANKRUPTCY COURT
# FOR NORTHERN DISTRICT OF ILLINOIS

IN RE:

CALVITA FREDERICK,

        Debtor,

/

RICHARD EASTY

        Plaintiff

  vs.

CALVITA FREDERICK,

        Defendant          /

Case No. 14-29045
Chapter 13

Hon. Janet S. Baer
Courtroom 615

Adv. Proc. No. 14 A. 00570

## NOTICE OF MOTION

To:   Glenda J. Gray
       Law Office of Glenda J. Gray
       223 West Jackson Blvd.
       Suite 1116
       Chicago, Illinois 60606

PLEASE TAKE NOTICE that on January 22, 2015 at 10:30 A.M. the undersigned shall appear before the Honorable Janet S. Baer in Room 615 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **ADVERSARY PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S COMPLIANCE WITH DISCOVERY** a copy of which is served upon you via the ECF system.

                RICHARD EASTY

                By:   s/*Lawrence M. Karlin*
                      One of Plaintiff's Attorneys

Lawrence M. Karlin #3125137
KARLIN EIDE LLP
651 W. Washington St.
Suite 205
Chicago, IL 60661
(312) 845-2515
lkarlin@KE-LLP.com

## **CERTIFICATE OF SERVICE**

Under penalties as provided pursuant to 28 U.S.C. § 1746, the undersigned certifies that on December 15 2014, she caused a copy of this Notice, the Motion referenced therein, and a proposed Order to be served pursuant to ECF on the following parties

Glenda J. Gray
Law Office of Glenda J. Gray
223 West Jackson Blvd.
Suite 1116
Chicago, Illinois 60606


　　　　　　　　　　　　　　　　　　　　　　/s/ *Krissy J. Gavrilenka*

# UNITED STATES BANKRUPTCY COURT
# FOR NORTHERN DISTRICT OF ILLINOIS

IN RE:

CALVITA FREDERICK,   Case No. 14-29045
                     Chapter 13

     Debtor,

                     Hon. Janet S. Baer
                  /  Courtroom 615

RICHARD EASTY

     Plaintiff

                     Adv. Proc. No. 14 A. 00570

  vs.

CALVITA FREDERICK,

     Defendant  /

## ADVERSARY PLAINTIFF'S MOTION TO COMPEL
## DEFENDANT'S COMPLIANCE WITH DISCOVERY

Plaintiff, RICHARD EASTY moves pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure and Rule 37(a)(3)(B)(iii) and (iv) of the Federal Rules of Civil Procedure for the entry of an order compelling Defendant CALVITA FREDERICK ("*Frederick*") to Answer interrogatories submitted by Plaintiff pursuant to Rule 33 and to produce certain documents requested by Plaintiff pursuant to Rule 34.  In support of this motion, Plaintiff states as follows:

1.    Plaintiff filed an Adversary Complaint (DOC 1) on August 22, 2014 seeking a declaration that the Defendant's indebtedness to him arising out of a failed real estate transaction is nondischargeable.

2.    Defendant filed an Answer on October 17, 2014 which contained three separately designated affirmative defenses.

3.    On October 21, 2014, Plaintiff served on Frederick a request for production of Documents, a copy of which is attached as **Exhibit A.**

33239

4.   On October 21, 2014, Plaintiff served on Frederick his first set of interrogatories a copy of which is attached as **Exhibit B.**

5.   Defendant failed to answer or object to Plaintiff's written discovery within 30 days of the service thereof.

6.   On December 5, 2014, Counsel for Plaintiff, Lawrence M. Karlin, sent a letter to Counsel for Defendant, Glenda Gray, by email and First Class Mail, requesting a telephonic conference related to the status of discovery.  A copy of the letter of December 5, 2014 is attached as **Exhibit C.**  The Letter also raised issues related to objections to the discovery information related to certain potential settlements of cases, the proceeds from which Defendant, an attorney at law, had represented she intended to use to pay the purchase price due under the real estate contract Defendant had entered into with Plaintiff.

7.   Plaintiff's counsel spoke with Defendant's counsel, Glenda Gray, by telephone, on the afternoon of December 5, 2014.  Ms. Gray stated that the discovery had been sent to Defendant but she had not received any responses to date.  Defendant's counsel stated that the delay in responding may have been due to the fact that the Defendant had recently moved (from the property which was formerly owned by Plaintiff) into temporary housing and may not have had access to all her files.  Ms. Gray also indicated that she may be intending to file objections to discovery related to the potential settlement value of cases handled by Defendant on grounds of confidentiality.

8.   Plaintiff's counsel confirmed the conversation with Ms. Gray by letter dated December 6, 2014 a copy of which is attached as **Exhibit D**.

9.   Since sending the letters of December 5, 2014 and December 6, 2014, Counsel for Plaintiff has not received any responses to discovery or objections to discovery.  Counsel for

Plaintiff certifies that he has made a good faith attempts to resolve differences, but counsel for the parties have been unable to reach an accord.

WHEREFORE, plaintiff, RICHARD EASTY requests that this Court enter an order requiring:

A. That any objections by Defendant Calvita Frederick to Plaintiff's Interrogatories and Request for Production of Documents be waived;

B. That Defendant Calvita Frederick answer Plaintiff's written discovery requests within seven (7) days;

C. That Defendant be required to pay the reasonable expenses of Plaintiff in bringing this motion, including reasonable attorneys' fees pursuant to Rule 37(5);

D. For such other relief as the Court deems appropriate.

E. A proposed order is submitted with this Motion.

        Respectfully submitted,

        RICHARD EASTY

        By: */s/ Lawrence M. Karlin*
           One of his Attorneys

Lawrence M. Karlin  (ARDC# 3125137)
KARLIN EIDE LLP
Attorney for Plaintiff
651 W. Washington St.
Suite 205
Chicago, IL 60661
(312) 845-2515
lkarlin@KE-LLP.com

Dated:  December 15, 2014