# UNITED STATES BANKRUPTCY COURT
# FOR NORTHERN DISTRICT OF ILLINOIS

IN RE:

CALVITA FREDERICK,

        Debtor,

_____ /

RICHARD EASTY

        Plaintiff

vs.

CALVITA FREDERICK,

        Defendant _____ /

Case No. 14-29045
Chapter 13

Hon. Janet S. Baer
Courtroom 615

Adv. Proc. No. 14 A. 00570

## ORDER GRANTING ADVERSARY PLAINTIFF'S MOTION TO COMPEL
## DEFENDANT'S COMPLIANCE WITH DISCOVERY

This cause comes before the Court on the Motion of Plaintiff, Richard Easty, to compel Defendant's compliance with discovery and the Court being fully advised of the premises;

IT IS HEREBY ORDERED:

1. Any objections by Defendant to Plaintiff's interrogatories and request for production of documents are deemed waived.

2. Defendant shall answer Plaintiff's interrogatories and produce documents in her possession or control responsive to Plaintiff's request for production of documents by January 29, 2015.

3. ~~Defendant shall pay the reasonable expenses of Plaintiff in bringing the motion, including reasonable attorneys' fees in an amount to be determined.~~ *JSB*

4. ~~Plaintiff's counsel shall have to _____, 201_ to submit his itemized statement of fees and costs.~~ *JSB*

Dated this 22 day of ~~December~~ January, 2015

ENTER:

*[signature]*

Honorable Janet S. Baer
United States Bankruptcy Judge

This Order Prepared by:

Lawrence M. Karlin, Esq.
ARDC No. #3125137
651 W. Washington, Suite 205
Chicago, IL 60661
312-845-2515
*Attorney for Plaintiff*