IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISIVISON

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING |
| Calvita Frederick | Case No.: 14-29045 |
| | Judge: Janet S. Baer |
| Debtor | |
| Richard Easty | |
| | Adv. No.: 14-00570 |
| Plaintiff | |
| Vs. | |
| Calvita Frederick | |
| Defendant | |

## NOTICE OF MOTION

To: Tom Vaughn                         Lawrence M. Karlin
    STANDING TRUSTEE             KARLIN EIDE LLP
    55 E. Monroe, Ste. 3850           651 W. Washington, Ste. 205
    Chicago, Illinois 60603             Chicago, Illinois 60661
    VIA NOTICE THROUGH ECF    VIA NOTICE THROUGH ECF

PLEASE BE ADVISED THAT on the 1st Day of December, 2016 at the hour of 10:00 a.m., I shall appear before the Honorable Judge Janet S. Baer or any judge sitting in his her place or stead in Courtroom 615 of the United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60603 and then and there present the attached Motion.

                                                     /s/ Glenda J. Gray
                                                     GLENDA J. GRAY

LAW OFFICE OF GLENDA J. GRAY
Attorney for Debtor/Defendant
223 West Jackson, Ste. 1116
Chicago, Illinois 60606
(312) 386-1010

PROOF OF SERVICE

I, GLENDA J. GRAY, an Attorney certify that I served the foregoing Notice and Motion referred to therein, by electronic notice through ECF to each person to whom it is directed to.

                                                     /s/ Glenda J. Gray

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CALVITA FREDERICK, ) | Case No. 14 B 29045 |
| ) | JUDGE: BAER |
| DEBTOR. ) | Trustee: Vaughn |

| | |
|---|---|
| RICHARD EASTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Adv. 14- 00570 |
| ) | |
| CALVITA FREDERICK, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO**
**TO APPROVE SETTLEMENT**

Now comes the Debtor, CALVITA FREDERICK, by and through her attorneys, LAW OFFICES OF GLENDA J. GRAY, and Motions this Honorable Court pursuant to Federal Bankruptcy Rules2002(a)(3) and 9019; and in support thereof states a follows:

1. That the Debtor sought relief pursuant to Chapter 13 of the U.S. Bankruptcy Code on December 22, 2013. Said case's confirmation is pending and a confirmable plan cannot be proposed without the resolution of this matter.

2. Subsequent to the filing of this case the Creditor, Richard Easty, filed a Complaint to determine the dischargeability of Easty's claim on August 22, 2014. The Defendant, Frederick, has answered. The parties have engaged in discovery and participated in a couple of settlement conferences.

3. The parties have also discussed settlement outside of the Court and have finally come to a resolution of this matter.

4. The parties have reduced the agreement to writing and ask that this Court approve said agreement.

5. Further, the parties ask that this agreement be placed under seal.

6. No monies are to be disbursed except through the plan. Ms. Frederick will not receive any monies nor will her counsel.

7. The parties have executed this agreement subject to the approval of this Court. Settlement talks have commenced and subject to the approval of this Court, they have been finalized.

8. Upon completion of this case, all matters in this adversary are to be sealed, per the Settlement Agreement. So, whatever agreement that is reached will not be published with the court but tendered directly to the court itself and not filed or circulated among Ms. Frederick's creditors.

9. The Court has been provided with a copy of the entire agreement.

10. Because of the allegations and the Debtor's profession the parties have agreed to make the document confidential.

WHEREFORE, the Debtor prays for an Order granting the following relief:

A. Ms. Frederick is authorized to execute the Settlement Agreement;

B. This matter is dismissed subject to and pursuant to the terms of the settlement agreement.

C. That the notice provision of 21 days be shortened.

D. That an Order is entered approving the settlement agreement.

E. For such other and further relief as this Honorable Court deems equitable and just.

Respectfully submitted,

CALVITA FREDERICK

By: _____
One of her Attorneys

LAW OFFICES OF GLENDA J. GRAY
Attorney for Debtor
223 West Jackson – Suite 1116
Chicago, IL  60606
(312) 386-1010