UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Calvita Frederick | ) | BK No.: 14-29045 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| Debtor(s)<br>Richard Easty | ) | Adv. No.: 14-00570 |
| Plaintiff(s)<br>Calvita Frederick | ) | |
| Defendant(s) | ) | |

**ORDER APPROVING SETTLEMENT
AND DISMISSAL OF THE ACTION**

This cause coming to be heard on the Debtor's Motion to Approve Settlement, the Court being advised in the premises,

IT IS HEREBY ORDERED:

1. That the Debtor may execute the Settlement Agreement.

2. That the Settlement Agreement is approved.

3. That the instant action is dismissed subject to the terms of said Settlement Agreement.

4. That this matter shall be sealed.

Enter:   _[signature] Deborah L. Thorne_

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 08, 2016

**Prepared by:**

LAW OFFICES OF GLENDA J. GRAY
Attorney for Debtor/Defendant
223 W. Jackson Blvd., Suite 1116
Chicago, Illinois 60606
(312) 386-1010